| Attorney or Party without Attorney:<br>Daniel C. Girard (CSB# 114826)<br>GIRARD GIBBS LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94104<br>Attorney for: Plaintiffs | Telephone<br>(415) 981-4800 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Rubin Romero and Sarah Yahn, et al v. Fidelity National Financial, Inc., et al | | |
| PROOF OF SERVICE | | Case Number: CV 08 3991 EMC |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Old Republic National Title Insurance Company
   b. Person Served: Lago Craleton, Vice President, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: July 18, 2008
   (2) TIME: 10:30am
   (3) ADDRESS: Old Republic National Title Company
       555 12th Street, Suite 2150
       Oakland, CA 94607

4. Witness fees were not demanded or paid.

Fee for Service: $145.00

Person Serving: John B. Spillane
Registered California Process Server
County: San Francisco Registration #: 1029

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: July 18, 2008   Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Ruben Romero, et al v. Fidelity National Financial, Inc., et al Case No. CV 08 3991 EMC

1. SUMMONS IN A CIVIL ACTION;
2. CLASS ACTION COMPLAINT;
3. CIVIL COVER SHEET;
4. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
5. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;
6. STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN;
7. ECF REGISTRATION INFORMATION HANDOUT;
8. UNITED STATES DISTRICT COURT FILING GUIDELINES;