AMAMGBO & ASSOCIATES
DONALD AMAMGBO, ESQ.
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone: 510-615-6000
Facsimile: 510-615-6025


REGINALD TERRELL
THE TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804
Telephone: 510-237-9700
Facsimile: 510-237-4616
Email: reggiet2@aol.com


Attorneys for Plaintiff
Lisa Blackwell

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN BARTON, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., et al.,<br><br>Defendants. | Case No.: C08-1341 JSW<br><br>[PROPOSED] ORDER RELATING CASES<br><br>_____ |
| **This document relates to:**<br><br>Lisa Blackwell, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>            Plaintiff,<br><br>      v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., et al.,<br><br>            Defendants._____ | Case No.: C08-cv-01928 MEJ |

Defendants.

On July 25, 2008, Plaintiffs in <u>Blackwell v. Fidelity National Financial, Inc. et al.</u>, Case No. C08-01928 MEJ, filed an Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that <u>Blackwell v. Fidelity National Financial, Inc. et al.</u>, Case No. C08-01928 MEJ is hereby related to Barton v. Fidelity National Financial, Inc., Case No.: 08-CV-01341 JSW.

<u>Blackwell v. Fidelity National Financial, Inc. et al.</u>, Case No. C08-01928 MEJ shall be reassigned to the undersigned judge pursuant to local Rule 3-12(f).

Dated: August 5, 2008

*[signature]*
The Honorable Jeffrey S. White
United States District Judge

2
DECL. OF REGINALD TERRELL ISO MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED