1  Daniel C. Girard (CA Bar No. 114826)
2  Elizabeth C. Pritzker (CA Bar No. 146267)
   Aaron M. Sheanin (CA Bar No. 214472)
3  Alex C. Turan (CA Bar No. 227273)
   **GIRARD GIBBS LLP**
4  601 California Street, 14th Floor
   San Francisco, California 94104
5  Telephone: (415) 981-4800
6  Facsimile: (415) 981-4846

7  *Attorneys for Plaintiffs Ruben Romero and Sarah Yahn*

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| IN RE CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | Case No. 08-CV-01341 JSW |
| THIS DOCUMENT RELATES TO : | **CERTIFICATE OF SERVICE** |
| RUBEN ROMERO, and SARAH YAHN, on behalf of themselves and others similarly situated, Plaintiffs, v. FIDELITY NATIONAL FINANCIAL, INC., et al., Defendants. | Case No. 08-CV-03391 JSW |

1  I, Anne-Michele Von Goetz, declare under penalty of perjury that the following is true and
2  correct:
3  I am a citizen of the United States and am over the age of 18 years. I am employed in the
4  County of San Francisco by Girard Gibbs LLP, located at 601 California Street, 14th Floor, San
5  Francisco, California 94108, whose members are members of the State Bar of California and this Court,
6  and at whose direction service is made. I am not a party to this action. On August 15, 2008, I caused
7  the following documents to be electronically filed using the CM/ECF System:

    1.    ADR CERTIFICATION PURSUANT TO CIV. L.R. 16-8(b) AND
        ADR L.R. 3-5(b);
    2.    CERTIFICATE OF SERVICE.

Notice of this filing will be sent by the ECF system to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Dated: August 15, 2008:        By: _____/s/ Anne-Michele Von Goetz_____
                                          Anne-Michele Von Goetz