| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108<br>ATTORNEY FOR   PLAINTIFF | 415 981-4800<br><br>Ref. No. or File No. | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE:<br>ROMERO v. FIDELITY NATIONAL, et al. | | |
| INVOICE NO.   202282 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>CV083391 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS; ECF REGISTRATION INFORMATION HANDOUT.

2. a. Party served:   UNITED GENERAL TITLE INSURANCE
                      COMPANY by serving CT CORPORATION SYSTEMS, INC.
   b. Person served:  MARGARET WILSON
                      Clerk
   c. Address:  818 W SEVENTH ST
                SECOND FLOOR
                LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 07/17/08 (2) At: 1:15PM

5. Person serving: EDWIN R. HERNANDEZ       Fee for service $      .00

APEX ATTORNEY SERVICES                d. Registered California process server
1055 WEST SEVENTH STREET              (1) [ X ] Employee or [   ] Independent Contractor
LOS ANGELES, CA 90017                 (2) Registration No. 3104
213-488-1500 FAX                      (3) County: LOS ANGELES
                                      (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 08/08/08                        >
                                      SIGNATURE