| ATTORNEY OR PARTY WITHOUT ATTORNEY  (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108 | 415 981-4800<br><br>Ref. No. or File No. | |

ATTORNEY FOR    PLAINTIFF

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:

ROMERO v. FIDELITY NATIONAL, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 202289 | | | | CV083391 |

## PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS; ECF REGISTRATION INFORMATION HANDOUT.

2. a. Party served:  LANDAMERICA FINANCIAL GROUP,
                     INC., by serving CT CORPORATION SYSTEMS, INC.
   b. Person served: ANNA M. KING
                     Authorized to Accept
   c. Address: 5600 COX ROAD
               GLEN ALLEN VA 23060

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 08/04/08 (2) At: 11:35AM

5. Person serving: KENNETH B. CONDREY        Fee for service $        .00

APEX ATTORNEY SERVICES              d.  Registered California process server
1055 WEST SEVENTH STREET            (1) [   ] Employee or [ x ] Independent Contractor
LOS ANGELES, CA 90017               (2) Registration No.
213-488-1500 FAX                    (3) County:
                                    (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 08/08/08                              >
                                    SIGNATURE  _Kenne B. Condrey_